UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2010 MAY -6 PM 1:27
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

MIRNA ARVIZU(1),

           Defendant.

CASE NO. 10CR1388-IEG

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in case 10CR1710-IEG against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

____ of the offense(s) of:

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: 5/6/2010

BARBARA L. MAJOR
UNITED STATES DISTRICT JUDGE

ENTERED ON _____